JEFFREY I. WEINBERGER (State Bar No. 056214)
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email address: jeffrey.weinberger@mto.com;

MARTIN D. BERN (State Bar No. 153203)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email address: martin.bern@mto.com

STANLEY C. IMERMAN (State Bar No. 037994)
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067-6002
Telephone: (310) 553-5572
Facsimile: (310) 277-7947
Email address: Imerlaw@aol.com

Attorneys for Defendant
SMART DOCUMENT SOLUTIONS, LLC

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
JUL 25 2005
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JUL 11 2005
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JUL 26 2005
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK WEBB, individually and as class representative, MANN & COOK, [a legal partnership], for itself and as class representative,<br><br>Plaintiff,<br><br>vs.<br><br>SMART DOCUMENT SOLUTIONS, LLC, DOES 1-100,<br><br>Defendant | CASE NO. CV05-3373 R(SHX)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT SMART DOCUMENT SOLUTIONS, LLC'S REQUESTS FOR JUDICIAL NOTICE AND MOTION TO DISMISS THE COMPLAINT<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

1110982.1

[PROPOSED] ORDER GRANTING REQUESTS FOR JUDICIAL NOTICE AND MOTION TO DISMISS
CV05-3373 R(SHX)

|   |   |
|---|---|
| 1 | Upon consideration of Defendant Smart Document Solutions, LLC's Motion |
| 2 | to Dismiss the Complaint, Plaintiffs' Opposition thereto, the Reply Memorandum, |
| 3 | Smart's Request for Judicial Notice and Supplemental Request for Judicial Notice, |
| 4 | and all exhibits attached thereto, and documents contained in the file in this matter, |
| 5 | it is hereby ORDERED as follows: |
| 6 |     1.    Smart's Request for Judicial Notice in Support of the Motion to |
| 7 | Dismiss the complaint is GRANTED; |
| 8 |     2.    Smart's Supplemental Request for Judicial Notice in Support of the |
| 9 | Reply to Motion to Dismiss is GRANTED; and |
| 10 |     3.    The Motion to Dismiss is GRANTED without leave to amend. |
| 11 | |
| 12 | IT IS SO ORDERED. |
| 13 | |
| 14 | DATED: July 25, 2005                 _____ |
| 15 |                                         Honorable Manuel Real |