UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| KIRK WEBB, individually and as class representative; et al., | No. 05-56282 |
| --- | --- |
| Plaintiffs - Appellants, | D.C. No. CV-05-03373-R |
| v. | **JUDGMENT** |
| SMART DOCUMENT SOLUTIONS, LLC, | |
| Defendant - Appellee. | |



RECEIVED
CLERK, U.S DISTRICT COURT
SEP 24 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 08/27/07



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
SEP 12 2007
by _____
Deputy Clerk



DOCKETED ON CM
SEP 26 2007
BY _____ 184



(30)